# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129738

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ROGER STEPHENSON,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129738
COA: 264767
Washtenaw CC: 98-010260-FC
               98-010683-FH

On order of the Court, the application for leave to appeal the September 30, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).

KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

Clerk

s1219